An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES H. HILL,
      Petitioner,
            vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND EIGHTH JUDICIAL
DISTRICT COURT DEPT. 10,
DISTRICT JUDGE,
      Respondents,
            and
THE STATE OF NEVADA,
      Real Party in Interest.

No. 68876

**FILED**

DEC 0 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

This is a pro se petition for a writ of mandamus. Eighth Judicial District Court, Clark County.

Petitioner has submitted a motion to dismiss the petition. Although petitioner has not been granted leave to proceed in pro se, we direct the clerk of this court to file the motion, and we grant it. We

ORDER the petition DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-37483

cc: Eighth Judicial District Court Dept. 10
Charles H. Hill
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(0) 1947A

2